```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

CARLA OAKLEY,

    Plaintiff,

v.                         CIVIL ACTION NO. 1:21-00021

COAST PROFESSIONAL, INC.,
PERFORMANT FINANCIAL CORP.,
and PERFORMANT RECOVERY, INC.

    Defendants.

**JUDGMENT ORDER**

For reasons to be explained in a Memorandum Opinion to be filed forthwith, defendants' motions for summary judgment (ECF Nos. 149 and 151) are **GRANTED**.

The Clerk is directed to remove this case from the court's active docket and to send a certified copy of this Judgment Order to counsel of record.

**IT IS SO ORDERED** this 29th day of September, 2023.

                            ENTER:

                            David A. Faber
                            Senior United States District Judge